1  JEANNE L. ZIMMER (SBN #123321)
   ZimmerJ@cmtlaw.com
2  MICHAEL P. LAVIGNE (SBN # 216538)
   LavigneM@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ALLIED INTERSTATE, INC.
7

8

9            UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

11 TOMMY PHILLIPS,                    )   CASE NO. 3:09-cv-05180-JSW
                                      )
12              Plaintiffs,           )
                                      )   **STIPULATION TO CONTINUE THE**
13       vs.                          )   **FEBRUARY 26, 2010**
                                      )   **CASE MANAGEMENT CONFERENCE**
14 ALLIED INTERSTATE, INC.            )
                                      )
15              Defendants.           )
                                      )
16                                    )
                                      )
17 _____    )

18       **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff TOMMY PHILLIPS, by

19 and through his counsel of record Todd M. Friedman, and Defendant ALLIED INTERSTATE,

20 INC., by and through its counsel of record Michael P. Lavigne, that the parties to this action, by

21 and through their counsel of record, hereby stipulate that the Case Management Conference

22 currently scheduled for February 26, 2010, at 1:30 p.m. may be continued to a date on or after

23 March 22, 2010, based upon the Court's availability.

24       The reason for the Stipulation is that the parties have entered an agreement to settle the

25 claims in this litigation in their entirety and filed a Notice of Settlement on February 3, 2010.  The

26 parties estimate that the settlement will be completed within the next 40 days and will file a joint

27 stipulation to dismiss this case with prejudice at that time.

28

1  There have been no prior requests for a continuance of the Case Management Conference.

3  **SO STIPULATED:**

5  DATED: February 9, 2010                    LAW OFFICES OF TODD M. FRIEDMAN

7                                              By   /s/ Todd M. Friedman
                                                    Todd M. Friedman
8                                                   Attorneys for Plaintiff, TOMMY PHILLIPS

10 DATED:  February 9, 2010                   CARLSON & MESSER LLP

12                                             By   /s/ Michael P. Lavigne
                                                    Jeanne L. Zimmer
13                                                  Michael P. Lavigne
                                                    Attorneys for Defendant,
14                                                  ALLIED INTERSTATE, INC.

16 Pursuant to the parties' stipulation, the Court CONTINUES the case management conference to April 9, 2010 at 1:30 p.m.

20 Dated: February 10, 2010

IT IS SO ORDERED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO CONTINUE THE FEBRUARY 26, 2010 CASE MANAGEMENT CONFERENCE
CASE NO. 3:09-cv-05180-JSW

06115.00/161548