Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY PHILLIPS, | ) Case No. 3:09-CV-05180-JSW |
| | ) |
| Plaintiff, | ) **JOINT REQUEST TO DISMISS** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| ALLIED INTERSTATE, INC., | ) |
| | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 5th day of April, 2010

    By: s/Todd M. Friedman
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

    By: s/Robert D. Berglund
      Carlson & Messer LLP
      Attorney for Defendant

Stipulation to Dismiss- 1

1  Filed electronically on this 5th day of April, 2010, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system to:

5  Robert D. Berglund
6  CARLSON & MESSER LLP
   5959 W. Century Blvd, #1214
7  Los Angeles CA 90045

8
   This 5th day of April, 2010.
9

10 s/Todd M. Friedman
   Todd M. Friedman
11

12

13

... (lines 14–28 blank)

Stipulation to Dismiss- 2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY PHILLIPS,** | Case No. 3:09-CV-05180-JSW |
| Plaintiff, | **ORDER** |
| vs. | |
| **ALLIED INTERSTATE, INC.,** | |
| Defendant | |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this  6  day of April, 2010.

_____
The Honorable Jeffrey S. White